# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 14 PM 4:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

In the Matter of the Search of

One Samsung Verizon Cellular Telephone
Model number SCH-U340
Serial number 01502283968

'08 MJ 2017

**SEARCH WARRANT**
CASE NO.: 08CR1191-DMS

TO: United States Border Patrol Senior Agent Canyon C. Sweet and any Authorized Officer of the United States

Affidavit(s) having been made before me by Senior Agent Canyon C. Sweet, who has reason to believe that on the property or premises known as

SEE ATTACHMENT A

in the SOUTHERN District of CALIFORNIA there is now concealed a certain person or property, namely

SEE ATTACHMENT B

The application and affidavit in support of this warrant, although not attached, are specially incorporated herein by reference. I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before 7/11/08

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime-6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Hon. Barbara L. Major, U.S. Magistrate Judge, as required by law.

7/1/08 at 4:57 pm at San Diego, California
Date and Time Issued    City and State

Barbara L. Major, U.S. Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

AO 9C (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>July 2, 2008 | DATE AND TIME WARRANT EXECUTED<br>July 10, 2008  9:30 Am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

On July 2, 2008 I took possession of one Samsung Verizon cellular telephone, Model # SCH-U340, Serial # 015022 83968.

I attempted to conduct a search of this phone's memory on July 10, 2008, but was unable to complete this search because the phone had been broken beyond repair.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date,

7/14/08
Date

U.S. Judge or Magistrate